IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS and MICHAEL T. KUCHARSKI, as Administrative Manager,<br><br>Plaintiffs,<br><br>vs.<br><br>McGREAL CONSTRUCTION COMPANY, an Illinois corporation<br><br>Defendant. | Case No.   11 C 2429<br>Magistrate Judge Arlander Keys |

## ANSWER TO FIRST AMENDED COMPLAINT

NOW COMES the Defendant, McGreal Construction Company, by and through its attorneys, Dykema Gossett PLLC, and for its Answer to Plaintiffs' First Amended Complaint, states as follows:

1. Paragraph 1 states a legal conclusion to which no response is required.

2. Defendant admits the allegations contained in paragraph 2 on information and belief.

3. Defendant admits the allegations contained in paragraph 3 on information and belief.

4. Defendant admits the allegations contained in paragraph 4 to the extent consistent with the agreements referenced in Plaintiffs' First Amended Complaint as exhibits, but denies any allegations contained in paragraph 4 to the extent they are inconsistent therewith.

5. Paragraph 5 states a legal conclusion to which no response is required. To the extent facts are alleged in paragraph 5, Defendant admits only that McGreal Construction

Company, Inc., is an incorporated entity which is separate from any sole proprietorship, and denies the remaining allegations contained in paragraph 5.

6. Defendant admits the allegations contained in paragraph 6 to the extent consistent with the agreements referenced in Plaintiffs' First Amended Complaint as exhibits, but denies any allegations contained in paragraph 6 to the extent they are inconsistent therewith.

7. Defendant admits the allegations contained in paragraph 7 to the extent consistent with the agreements referenced in Plaintiffs' First Amended Complaint as exhibits, but denies any allegations contained in paragraph 7 to the extent they are inconsistent therewith.

8. Defendant lacks sufficient information to respond to paragraph 8 and, accordingly, demands a more definite statement. To the extent sufficient facts are alleged in paragraph 8 of Plaintiffs' First Amended Complaint, they are denied.

9. Defendant lacks sufficient information to respond to paragraph 9 and, accordingly, demands a more definite statement. To the extent sufficient facts are alleged in paragraph 9 of Plaintiffs' First Amended Complaint, they are denied.

10. Defendant lacks sufficient information to respond to paragraph 10 and, accordingly, demands a more definite statement. To the extent sufficient facts are alleged in paragraph 10 of Plaintiffs' First Amended Complaint, they are denied.

11. Defendant denies the allegations contained in paragraph 11.

12. Defendant denies the allegations contained in paragraph 12.

WHEREFORE, the Defendant, MCGREAL CONSTRUCTION COMPANY, denies the Plaintiff is entitled to any relief whatsoever and prays that Plaintiffs' First Amended Complaint be dismissed.

                        Respectfully submitted,

                        MCGREAL CONSTRUCTION COMPANY


                        By:     /s/ David J. Bressler
                                  One of its attorneys


David J. Bressler ARDC No. 6182549
James R. Dougherty
Dykema Gossett PLLC
4200 Commerce Court, Suite 300
Lisle, Illinois 60532
630-245-0400

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 9, 2011, he caused the foregoing Answer to First Amended Complaint to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties to this action via their counsel of record at their e-mail addresses on file with the Court.

                                                  /s/ David J. Bressler

David J. Bressler - ARDC No. 6182549
DYKEMA GOSSETT PLLC
4200 Commerce Court, Suite 300
Lisle, Illinois 60532
630-245-0400

4