IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 11 C 2429 |
| McGREAL CONSTRUCTION COMPANY, an Illinois corporation, | ) ) ) ) | MAGISTRATE JUDGE ARLANDER KEYS |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Carpenters Fringe Benefit Funds of Illinois, *et al.*, by and through their attorneys, hereby file their Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, consistent with the briefing schedule set forth in the Court's January 13, 2012 Order. In support of their Motion, Plaintiffs are filing contemporaneously a Memorandum in Support and their Local Rule 56.1 Statement of Uncontested Material Facts and supporting documents.

Respectfully submitted,


/s/ Patrick N. Ryan
One of the Attorneys for the Plaintiffs

Name and Address of Attorneys for Plaintiffs:

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that on the 27th day of February 2012, he caused to be electronically filed, **Plaintiffs' Motion for Summary Judgment**, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David J. Bressler
Dykema
4200 Commerce Court, Suite 300
Lisle, IL 60532
Phone: (630) 577-2824
E-Mail: dbressler@dykema.com

                                        /s/ Patrick N. Ryan

Names and Address of Attorneys for the Plaintiffs:

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\Hrccj\McGreal Construction\mot. s.j.pnr.wpd